1454-14893-200

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **REBECCA SANDING ECHEZABAL** | * | CIVIL ACTION |
| | * | |
| | * | NO. |
| **VERSUS** | * | |
| | * | SECTION " " |
| | * | |
| **ALLIED TRUST INSURANCE COMPANY** | * | MAGISTRATE |
| | * | DIVISION ( ) |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that defendant, Allied Trust Insurance Company, hereby timely remove this matter from the 22th Judicial District Court for the Parish of St. Tammany, State of Louisiana, in which it is now pending, to the United States District Court for the Eastern District of Louisiana, pursuant to 28 U.S.C. §§ 1332, 1441, 1446, *et seq.* Original jurisdiction lies with this Court because the amount in controversy exceeds $75,000.00, exclusive of interest and costs, and there is complete diversity among the plaintiff and all defendants.

I.

On June 15, 2023 the plaintiff filed the attached Petition for Damages, commencing a civil action in the Civil District Court for the Parish of St. Tammany, State of Louisiana, entitled, *Rebecca Sansing Echezabal versus Allied Trust Insurance Company*, bearing Docket Number 2023-12993 on the docket of Division D. A copy of said Petition for Damages is attached and made part of this Notice of Removal as Exhibit "A."

II.

The state court Petition names Allied Trust Insurance Company, a non-Louisiana Defendant. In the Petition, Plaintiff seeks recovery for losses or damages incurred as a result of the alleged damage to her property located in Covington, Parish of St. Tammany, State of Louisiana, due to Hurricane Ida and Allied Trust's alleged arbitrary and capricious conduct as her insurer in failing to pay for the alleged damage.

III.

The plaintiff alleges in her Petition for Damages that she is a person of the full age of majority and resident of the State of Louisiana who has sustained property damage, to include penalties, attorney's fees and costs for the alleged misconduct of Allied. The only remaining issue is payments for contents coverage according to counsel for plaintiff. Petitioner in her petition for damages alleges and shows to a degree of legal certainty that the amount in controversy for the claims of the plaintiff exceeds the jurisdictional minimum of $75,000.00 of this Court for the purposes of diversity jurisdiction pursuant to 28 U.S.C. §1332.

VI.

This suit is civil in nature and is one over which this Court has original jurisdiction and is one over which the district courts of the United States are given original jurisdiction on the grounds on diversity of citizenship pursuant to 28 U.S.C.§ 1332.

VII.

A copy of the Notice of Removal is also being filed with the clerk of the district court in which this cause was originally filed.

VIII.

Pursuant to 28 U.S.C. §1447(b), copies of all process, pleadings and orders served upon defendants, are attached hereto as Exhibit A.

IX.

This Notice of Removal is filed on behalf of defendant, Allied Trust Insurance Company, who is the only defendant of record at this time.

X.

Plaintiff completed the service of the initial pleadings on defendant through the Louisiana Secretary of State on July 6, 2023, less than thirty days ago. The petition for damages was filed less than one year ago.

XI.

Defendant demands trial by jury.

**WHEREFORE**, petitioner prays that this Notice of Removal be accepted as good and sufficient and that the aforesaid action pending against it in the 22th Judicial District Court for the Parish of St. Tammany, State of Louisiana, be removed therefrom to this Court.

Respectfully submitted,

     /s/Donald R. Klotz, Jr.
ALAN J. YACOUBIAN (#17213)
DONALD R. KLOTZ, JR. (#20253)
JOHNSON, YACOUBIAN & PAYSSE
701 Poydras Street, Suite 4700
New Orleans, Louisiana  70139-7708
Telephone:  (504) 528-3001
Facsimile:  (504) 528-3030
Email: ajy@jyplawfirm.com
         dklotz@jyplawfirm.com
Attorneys for defendant, Allied Trust Insurance Company

## CERTIFICATE OF SERVICE

    I hereby certify that on this 18th day of July, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service. I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, if any, by e-mail, fax and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

                                                                  */s/ Donald R. Klotz, Jr.*