UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

REBECCA SANSING ECHEZABAL                    CIVIL ACTION

VERSUS                                       NUMBER: 23-2574

ALLIED TRUST INSURANCE COMPANY               SECTION: "T"(5)

## ORDER OF DISMISSAL

The Court having been advised that all parties to this action have firmly agreed upon a compromise agreement;

**IT IS ORDERED** that this action is hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs, but without prejudice **only** to the right, upon good cause shown, to reopen or to seek summary judgment enforcing the compromise if settlement is not consummated within sixty (60) days. During this sixty-day period, the Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

New Orleans, Louisiana, 10th day of July, 2024.

GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE