1454-14893(375)

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **REBECCA SANSING ECHEZABAL** | * | **CIVIL ACTION** |
| | * | |
| | * | **NO. 2:23-cv-02574-GGG-MBN** |
| **VERSUS** | * | |
| | * | |
| | * | |
| **ALLIED TRUST INSURANCE COMPANY** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*\*

### JOINT MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff, Rebecca Sansing Echezabal, and Defendant, Allied Trust Insurance Company, who show this Honorable Court that all claims against the Defendant in the above captioned matter have been settled by reason of compromise. Accordingly, the parties hereto respectfully move this Honorable Court for an Order dismissing the claims of Plaintiff, Rebecca Sansing Echezabal, against Allied Trust Insurance Company, with full prejudice, each party to bear their own costs.

Respectfully Submitted,

By: /s/
J. Douglas Sunseri (#19173)
Kathryn A.E. Sunseri (#39049)
Cameron J. Windham (#40548)
**NICAUD & SUNSERI LAW FIRM, LLC**
A Group of Professional Law Corporations
3000 18th Street
Metairie, LA 70002
Telephone: (504)837-1304
Fax: (504)833-2843
*ATTORNEYS FOR PLAINTIFF*

AND

**JOHNSON YACOUBIAN & PAYSSE**

By: /s/ Donald R. Klotz, Jr.
ALAN J. YACOUBIAN (#17213)
DONALD R. KLOTZ, JR. (#20253)
701 Poydras Street, Suite 4700
New Orleans, Louisiana  70139-7708
Telephone:  (504) 528-3001
Facsimile:  (504) 528-3030
Email: ajy@jyplawfirm.com
Email: dklotz@jyplawfirm.com
*Attorneys for Defendant, Allied Trust Insurance Company*